# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| TOM GLEASON and JULIE GLEASON § | |
| § | |
| v. § | Civil Action No. 4:17-CV-163 |
| § | Judge Mazzant |
| MARKEL INSURANCE COMPANY § | |

## FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order entered on this date, it is

**CONSIDERED, ORDERED, AND ADJUDGED** that Plaintiffs Tom and Julie Gleason take nothing on all claims asserted against Defendant Markel Insurance Company, and this case is hereby **DISMISSED WITH PREJUDICE**.

All relief not previously granted is hereby **DENIED**.

**IT IS SO ORDERED**.
 SIGNED this 24th day of January, 2018.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE